## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANA YOUNG,                   :   No. 321 MAL 2016

           Petitioner      :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Commonwealth Court

          v.                   :

GREG SUROTCHAK, JOHN CORBACIO,   :
JOHN KERESTES AND DORINA      :
VARNER,                         :

           Respondents    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.